# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143337

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHAEL MCGEE,
          Plaintiff/Counterdefendant,

v

CITY OF WARREN,
          Defendant/Counterplaintiff/Cross-
          Plaintiff-Appellant,

and

TONY ANTHONY, INC.,
          Defendant/Cross-Defendant-
          Appellee,

and

ANDREW ECKSTEIN, MAJOR CEMENT
COMPANY, INC., and ANDERSON, ECKSTEIN
& WESTRICK, INC.,
          Defendants.
_____/

SC: 143337
COA: 296452
Macomb CC: 2008-002139-NO

On order of the Court, the application for leave to appeal the May 24, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE in part the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals to apply MCL 600.5807(8) to the City of Warren's claims for breach of contract (insofar as they do not seek indemnity for damages sustained as a result of tortious injury) and, if necessary, for consideration of the remaining issues raised in the appeal. MCL 600.5839(1) bars any action against a contractor seeking indemnity for damages resulting from bodily injury arising out of a defective and unsafe condition of an improvement to real property. *Miller-Davis v Ahrens Construction, Inc*, 489 Mich 355 (2011). However, the statute of repose does not apply to non-indemnity actions for breach of contract.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

h0123